**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JEFFREY F. ROJAS ROSA,

Petitioner,

v.

JOHN TSOUKARIS, ICE Field Director, Newark; KENETH C. SMITH, ICE Field Assistant Director, San Diego; and JOHN GIORDANO, Assistant United States Attorney,

Respondents.

Case No.: 3:26-cv-04662-BTM-JAC

**ORDER DISMISSING CASE FOR LACK OF SUBJECT-MATTER JURISDICTION**

On August 21, 2026, the Court entered an order requiring the Petitioner, Jeffrey F. Rojas Rosa, to show cause by August 31, 2026 as to why this case should not be dismissed for lack of subject-matter jurisdiction. (ECF No. 7.) Rojas Rosa did not file any response.

Rojas Rosa filed a petition for writ of habeas corpus on July 29, 2025 in the U.S. District Court for the District of New Jersey. (ECF No. 1.) He was previously detained in New Jersey but was transferred to Imperial, California before he filed the petition. (*Id.* at ¶¶ 13–21.) The Respondents allege that on October 27, 2025, Rojas Rosa was released from immigration custody and is not currently in custody. (ECF No. 5.) The petition was

later transferred to the U.S. District Court for the Southern District of California. (ECF No. 3.)

Subject-matter jurisdiction under the federal habeas corpus statute, 28 U.S.C § 2241, is limited to those persons "in custody under or by color of the authority of the United States." 28 U.S.C. § 2241(c)(3). As Rojas Rosa is no longer in custody, this Court lacks subject-matter jurisdiction over his habeas petition. Therefore, this case is **DISMISSED** without prejudice. The Clerks shall enter a final judgment dismissing this case.

**IT IS SO ORDERED.**

Dated: September 10, 2026

Honorable Barry Ted Moskowitz
United States District Judge